Habeas 05-194 E

```
          UNITED STATES
         DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            Erie Division

         # 00520411 - MD
           June 24, 2005


     Code    Case #    Qty   Amount

    HABEAS C 05-194      1 @   5.00
                                5.00 CR


    TOTAL ←                     5.00



    From: STACEY SMITH ON BEHALF OF JOHN
          BOX 137-2835 DRIVE
          BRIARWOOD, NY  11435
```