IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN BAX, )
      Petitioner, )
)
v. ) C.A. No. 05-194 Erie
)
WARDEN, FCI-McKean, )
      Respondent. )

## RULE AND ORDER

AND NOW, this 1st day of August, 2005, after John Bax presented a petition for a writ of habeas corpus,

IT IS ORDERED that within twenty days of service of this Rule and Order, the Respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the Respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

                                         S/Susan Paradise Baxter
                                         SUSAN PARADISE BAXTER
                                         Chief U.S. Magistrate Judge

**Receipt 1**

2. Article Number: 7160 3901 9842 6648 6512
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): ☐ Yes
1. Article Addressed to:

```
WARDEN
FCI MCKEAN
P.O. BOX 8000
BRADFORD PA. 16701

5-194E,O/P,8/10/05,SRB
```

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): D Dracup
B. Date of Delivery: 8/12
C. Signature: X [signature] — Agent ☐ / Addressee ☐
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt

---

**Receipt 2**

2. Article Number: 7160 3901 9842 6648 6529
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): ☐ Yes
1. Article Addressed to:

```
UNITED STATES ATTORNEY
600 GRANT STREET, SUITE 400
PITTSBURGH, PA. 15219

5-194E,O/P,8/10/05,SRB
```

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 8-12-05
C. Signature: X Verrulla — Agent ☐ / Addressee ☐
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt

---

**Receipt 3**

2. Article Number: 7160 3901 9842 6648 5836
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee): ☐ Yes
1. Article Addressed to:

```
UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION, N.W.
WASHINGTON, D.C. 20530

5-194E,O/P,8/10/05,SRB
```

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Ernest H Houk
B. Date of Delivery:
C. Signature: X AUG 1 5 2005 — Agent ☐ / Addressee ☐
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2003 — Domestic Return Receipt