# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BAX, | ) | |
| | ) | |
| Petitioner, | ) | Civ. Action No. 05-194 (Erie) |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI MCKEAN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, the Respondent having filed a Second Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the Petition in this case is hereby enlarged for a period of twenty (20) days, or until October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  John Bax, *pro se*
     Christy Wiegand, Asst. U.S. Attorney