IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BAX, | ) | |
| | ) | |
| Petitioner, | ) | Civ. Action No. 05-194 (Erie) |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| WARDEN, FCI MCKEAN, | ) | |
| | ) | filed electronically |
| Respondent. | ) | |
| | ) | |

### NOTICE OF ENTRY OF APPEARANCE

TO:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

And now comes Gregory Melucci, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as lead attorney to be noticed for Respondent in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Please also remove Assistant United States Attorney Christy Wiegand as counsel in the above-captioned case.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

 /s/Gregory Melucci
GREGORY MELUCCI
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7324
PA ID No. 56777

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served, by either electronic means or by postage paid U.S. Mail, to and upon the following:

John Bax
Register No. 07328-067
FCI McKean
P.O. Box 8000
Bradford, PA  16701

/s/Gregory Melucci
GREGORY MELUCCI
Assistant U.S. Attorney

Dated:  July 14, 2006