Federal Correctional Institution McKean
Name: JOHN BAX
Reg.#: 07328-067
P.O. Box 8000
Bradford, PA 16701

LEGAL MAIL:

TITUTION, MCKEAN
08-3-06
ough special mailing procedures
either been opened nor
ion or problem over which
ish to return the material
If the writer encloses
her addressee, please return

ERIE PA 165
03 AUG 2006 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA 16501

16501+1152

RECEIVED

AUG 0 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA