# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BAX, | ) | |
|       Petitioner | ) | C.A. No. 05-194 Erie |
| | ) | |
|       v. | ) | **District Judge McLaughlin** |
| | ) | **Magistrate Judge Baxter** |
| WARDEN, FCI-McKEAN, | ) | |
|       Respondent. | ) | |

## ORDER

AND NOW, this 8th day of August, 2006;

IT IS HEREBY ORDERED that Respondent's "Motion for Enlargement of Time to File Objection to Report & Recommendation" [Document # 18] is GRANTED and Respondent shall have until August 18, 2006, to file his objection.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                            S/Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            Chief U.S. Magistrate Judge