IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN BAX,

        Petitioner,                C.A. No. 05-194 Erie
                                        District Judge McLaughlin

vs.                                         Magistrate Judge Baxter

WARDEN, FCI McKean

        Respondent.
_____/

**MOTION FOR ENLARGEMENT OF TIME
TO FILE OBJECTION TO REPORT & RECOMMENDATION**

    **NOW COMES**, Petitioner, John Bax, pro-se, and moves this Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to enlarge the time for filing objections to the Magistrate Judge's Report and Recommendation. In support, he respectfully submits as follows:

    1.    Petitioner received his copy of the report and recommendation by Certified U.S. Mail with Return Receipt on August 1, 2006.

    2.    Petitioner requires the assistance of another prisoner, who has some training in civil litigation and is also familiar with the jurisdictional issue that forms the basis for the magistrate judge's recommendation that the § 2241 petition should be dismissed by the Court for lack of subject matter jurisdiction.

    3.    The prisoner assisting Petitioner is currently completing a petition for writ of certiorari for another prisoner and cannot begin to help prepare Petitioner's objections to the report and recommendation until his current obligation is completed.

    4.    Petitioner is unable to proceed in this matter without the assistance of this assisting prisoner as he lacks the skill and training to do so.

5. The assisting prisoner should be prepared to review the report and recommendation and to research the issues involved within the next five days. This time frame is reasonable given prisoner access to the law library must be, unless otherwise approved, during a prisoner's leisure time activity.

## C O N C L U S I O N

**WHEREFORE,** for the reasons stated above, Petitioner respectfully request this Honorable Court extend the time for filing his objections to the Magistrate Judge's Report and Recommendation up to and including August 18, 2006.

Date: 8-4-06

John Bax #07328-067
Petitioner/Pro-se
FCI McKean
P.O. Box 8000
Bradford, PA 16701

### CERTIFICATE OF SERVICE

The undersigned certifies that on the date listed below a true and correct copy of the foregoing was conveyed to prison authorities for mailing with First Class U.S. postage prepaid and properly addressed to the following party:

Christy Wiegand
Assistant U.S. Attorney
U.S. Courthouse and Post Office
700 Grant Street, Suite 4000

Date: 8-4-06

John Bax #07328-067
Petitioner/Pro-se
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Federal Correctional Institution McKean
Name: Mr. John Box
Reg. #: 07328-067
P.O. Box 8000
Bradford, PA 16701

**RECEIVED**

**AUG 10 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk's Office
US District Court
P.O. Box 1820
Erie, PA. 16507

ERIE PA 165
09 AUG 2006 PM 2 L

16507+0820

8·7·06

Please sign and return the attached documents.
DM.
Deputy Clerk