JOHN BAX #07328-067
FCI MCKEAN
P.O. BOX 8000
BRADFORD, PA 16701

Federal Correctional Prison

LEGAL MAIL

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701    DATE 08-22-06
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
227 UNITED STATES COURTHOUSE
P.O. BOX 1820
ERIE, PA 16507





RECEIVED

AUG 2 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA