Federal Correctional Institution McKean
Name: JOHN BAX
Reg.#: 07328-067
P.O. Box 8000
Bradford, PA 16701

...AL INSTITUTION, MCKEAN
...5000
DATE 08-25-06
...sed through special mailing procedures
...er has neither been opened nor
...a question or problem over which
...u may wish to return the material
...fication. If the writer encloses
...ng to another addressee, please return
...ddress.

CLERK OF THE COURT
U.S. DISTRICT COURT
THE WESTERN DISTRICT FOR
P.O. BOX 1820
ERIE, PA 16501

**RECEIVED**

AUG 28 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

