LEGAL MAIL:

Federal Correctional Institution McKean
Name: John Bax
Reg.#: 07328-067
P.O. Box 8000
Bradford, PA 16701

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
227 U.S. COURTHOUSE
P.O. BOX 1820
ERIE, PA 16507

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RETURNED FOR POSTAGE
ADDITIONAL 24¢

RTS — RETURN TO SENDER

ERIE PA 165
05 SEP 2006 PM 2 L

Office of the Clerk
United States District Court
Western District of Pennsylvania
227 U.S. Courthouse
P.O. Box 1820
Erie, PA 16507

165 0740820

RECEIVED
SEP - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLEARED X-RAY SCREENING