IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BAX | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CA 05-194 ERIE |
| | ) | |
| WARDEN, FCI MCKEAN | ) | |
|     Respondent. | ) | |

## **ORDER**

And now this 6th day of September, 2006, after consideration of the Petitioner's Objections to the Report and Recommendation (Doc. No. 22), Motion to Withdraw Order (Doc. No. 23) and Motion for Reconsideration (Doc. No. 24)

    IT IS HEREBY ORDERED that said motions are DENIED

    IT IS FURTHER ORDERED that the Order dated August 22, 2006 be and hereby is AFFIRMED

       S/Sean J. McLaughlin
       SEAN J. MCLAUGHLIN,
       UNITED STATES DISTRICT JUDGE

cc: parties/counsel of record.nmk