IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN BAX,

    Petitioner,

                                Civil Action No. 05-194 Erie

vs.

WARDEN, FCI MCKEAN

    Respondent.
_____/

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the above named Petitioner intends to Appeal to the Third Circuit Court of Appeals the judgment entered by this Court on September 6, 2006, denying Petitioner's "Motion for Reconsideration" and affirming the Order dated August 22, 2006, denying the Petitioner for a Writ of Habeas Corpus.

Date: 9-18-06

                                                  John Bax #07328-067
                                                  Petitioner/pro-se
                                                  FCI McKean
                                                  P.O. Box 8000
                                                  Bradford, PA 16701



FILED
'06 SEP 21 A10:58
CLERK
U.S. DISTRICT COURT

Federal Correctional Institution McKean
Name: Mr John Bak
Reg.#: 07328067
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
19 SEP 2006 PM 2 T

United States District Court
Judge Sean J. McLaughlin
U.S. Courthouse, Room A250
17 South Park Row
ERIE PA 16501

**RECEIVED**

SEP 21 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



EDINBORO UNIVERSITY
SESQUICENTENNIAL
1857