Legal Mail

P.O. Box 8000
Bradford, PA 16701

LEGAL MAIL:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16507

RECEIVED

OCT 12 2006

CLERK U.S. DISTRICT COURT

