**HLD-44 (January 2007)**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-4187
_____

JOHN BAX,
　　Appellant

vs.

WARDEN FCI MCKEAN
_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-00194)
District Judge:  Sean J. McLaughlin
_____

Submitted For Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
January 19, 2007

Before: SCIRICA, Chief Judge, WEIS AND GARTH, Circuit Judges
_____

**JUDGMENT**
_____

　　This cause came on to be heard on the record from the United States

District Court for the Western District of Pennsylvania and was submitted for summary

action under Third Circuit LAR 27.4 and I.O.P. 10.6.  On consideration whereof, it is

now hereby

　　ORDERED AND ADJUDGED by this Court that the judgment of the

District Court entered August 22, 2006, and the order denying reconsideration entered September 6, 2006, are hereby affirmed.

All of the above in accordance with the opinion of this Court.

ATTEST:

   /s/ Marcia M. Waldron
Clerk

DATED: 31 January 2007

**Certified as a true copy and issued in lieu of a formal mandate on**   March 26, 2007

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**