OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4916 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

March 26, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA 16501

**RE: Docket No. 06-4187**
   **Bax vs. Warden FCI McKean**
   **D.C. No. 05-cv-00194**

Dear Mr. Barth:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

               Very truly yours,
               MARCIA M. WALDRON
               Clerk


               /s/ Anthony Infante
         By:   Anthony W. Infante
               Case Manager

Enclosure

cc:
      John Bax #07328-067
      Robert L. Eberhardt, Esq.
      Kelly R. Labby, Esq.